No. 562. CORBY ESTATE *v.* CITY OF ST. JOSEPH. Error to the Supreme Court of the State of Missouri. Motion to dismiss submitted January 12, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. John E. Dolman* for plaintiff in error. *Mr. H. K. White* for defendant in error.

---

No. 226. SALLIE CANARD *v.* R. E. SNELL, JR., ET AL. Error to the Supreme Court of the State of Oklahoma. Argued January 22, 23, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Lewis C. Lawson* for plaintiff in error. *Mr. Joseph C. Stone* for defendants in error. See post, p. 596.